AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc.

*Plaintiff(s)*

v.

Erwi LLC, Murtaza Hayat, and John Does 1 through 10 (each of which is an Individual, Partnership, Business Entity, or Unincorporated Association)

*Defendant(s)*

Civil Action No. 1:23-cv-897 DII

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Erwi LLC
c/o Registered Agents Inc.
5900 Balcones Drive, Suite 100
Austin, TX 78731

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brady Cox
ALSTON & BIRD LLP
2828 North Harwood Street, 18th Floor
Dallas, Texas 75201-2139
Tel: (214) 922-3400
brady.cox@alston.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PHILIP J. DEVLIN
*CLERK OF COURT*

Date: 8/2/2023



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-897

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ERWI LLC C/O REGISTERED AGENTS INC.
was received by me on *(date)* 8/24/2023

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Brittany Buzzbee, intake agent at Registered Agents INC, who is
designated by law to accept service of process on behalf of *(name of organization)* ERWI LLC
at 5900 BALCONES DRIVE SUITE 100 AUSTIN TX 78731 AT 3:30pm on *(date)* 8/25/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 8/25/2023

*Server's signature*
Andrew Swatzell - PSC-18592 EXP 09/30/2024

*Printed name and title*

1108 Lavaca St Suite 110-549, Austin tx 78701

*Server's address*

Additional information regarding attempted service, etc:

Description of Person Served:
Age: 30 to 35, Sex: F, Race/Skin Color: Caucasian, Height: 5'4" to 5'6", Weight: 110 to 115, Hair: Dark Brown, Glasses: