# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| NUTRAMAX LABORATORIES, INC., | § | |
| NUTRAMAX LABORATORIES | § | CIVIL NO: |
| VETERINARY SCIENCES, INC. | § | AU:23-CV-00897-ADA |
| | § | |
| vs. | § | |

ERWI LLC, MURTAZA HAYAT, JOHN
1-10 DOES,
HONGTONGXIANTANLINMAOYIYOUXI
ANGONGSI, ZHONGWANFULIN,
THARAKNETH-0", FLAGSHIP
LOGISTICS, LLC, KINSAYPUA_01,
PHAM_4600, DULANGA_MART,
CHELSEHUN-3", LOTRANT-28",
YADDOWM, KAYKAY1009",
DAMIA-901", PHAMLI_40", "ALIIN-91,
JONNY HO, FLASHSHIP LOGISTICS LLC

## ORDER SETTING MOTIONS HEARING [ECF 96] VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTIONS HEARING ECF 96 VIA ZOOM** on **Thursday, April 10, 2025 at 10:00 AM**.  All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 8th day of April, 2025.

_____

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE