UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NUTRAMAX LABORATORIES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ERWI LLC, et al.,<br><br>Defendants. | Civil Action No. 1:23-cv-00897-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Plaintiffs' Motion to Amend Scheduling Order and for Leave to File Fourth Amended Complaint to Add Additional Party as Defendant (ECF No. 95). Defendants filed a Response in Opposition on March 26, 2025. ECF No. 97. Plaintiffs filed a Reply in Support on April 2, 2025. ECF No. 100. Having considered the briefing and the applicable law, the Court **GRANTS-IN-PART AND DENIES-IN-PART** Plaintiffs' Motion.

**IT IS ORDERED** that Plaintiff is **GRANTED LEAVE** to file its Fourth Amended Complaint. The Clerk of Court is **DIRECTED** to file ECF Nos. 100-1 through 100-15 as Plaintiffs' Fourth Amended Complaint and accompanying exhibits.

**IT IS FURTHER ORDERED** that Plaintiffs' request for an Amended Scheduling Order is **DENIED WITHOUT PREJUDICE TO REFILING.** Plaintiffs may move for entry of an Amended Scheduling Order that matches this Court's template (available at Standing Orders – U.S. District Court). Plaintiffs' counsel shall meet and confer with Defendants' counsel prior to filing a renewed motion. A proposed trial date shall be included in any proposed Amended Scheduling Order.

**SIGNED** this 8th day of April, 2025.

                                                                     _____
                                                                     ALAN D ALBRIGHT
                                                                     UNITED STATES DISTRICT JUDGE