IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NUTRAMAX LABORATORIES, INC., et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 1:23-cv-897-ADA |
| | § | |
| ERWI, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING MOTION TO COMPEL

On this date, the Court considered Plaintiffs' Second Motion to Compel Production of Documents (the "Motion") (Dkt. 132). After considering the Motion, any Response and Reply thereto, the pleadings and evidence on file, and the argument of counsel, the Court finds that the Motion should be **DENIED**.

IT IS THEREFORE ORDERED that Plaintiffs' Motion is DENIED in its entirety.

**DATED:** June 17, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE